A true printed copy in __2__ sheet(s) of the electronic record filed on 11/15/22, in the United States District Court for the District of Minnesota.
CERTIFIED, November 15 2022
Kate M. Fogarty, Clerk
BY: _____
Deputy Clerk
Signature of Clerk/Deputy

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: CATTLE AND BEEF ANTITRUST
LITIGATION                                                                     MDL No. 3031

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −7)**

On June 3, 2022, the Panel transferred 3 civil action(s) to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2022). Since that time, 7 additional action(s) have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable John R. Tunheim.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Tunheim.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of June 3, 2022, and, with the consent of that court, assigned to the Honorable John R. Tunheim.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Nov 15, 2022

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: CATTLE AND BEEF ANTITRUST LITIGATION                              MDL No. 3031

### SCHEDULE CTO−7 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|
| **KANSAS** | | | | |
| KS | 2 | 22−02442 | Specht et al v. Cargill, Incorporated et al | **22-2903 JRT/JFD** |
| **NEW YORK EASTERN** | | | | |
| NYE | 1 | 22−05863 | Kraft Heinz Foods Company v. Cargill, Inc. et al | **22-2904 JRT/JFD** |
| NYE | 1 | 22−05867 | Aramark Food and Support Services Group, Inc. v. Cargill, Inc. et al | **22-2905 JRT/JFD** |